UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

HERBERT MAX BLAIN,

    Petitioner,

Case No. 1:18-cv-308

v.

Honorable Paul L. Maloney

NOAH NAGY,

    Respondent.

_____/

# **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: April 2, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge