UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

HERBERT MAX BLAIN, JR.,

        Petitioner,               Case No. 1:18-cv-308

v.                                           Honorable Paul L. Maloney

NOAH NAGY,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.


Dated:  April 2, 2018                        /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge